



1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 5:14-SW-00036-JLT |
|---|---|
| APPROXIMATE GPS COORDINATES OF<br>•N 35 54.179 W 118 32.821,<br>•N 35 43.019 W 118 35.527, AND ANY<br>SATELLITE SITES ATTENDANT THRETO. | ORDER FOR DESTRUCTION OF BULK<br>MARIJUANA SEIZURE |

The United States of America having applied through Affiant U.S. Forest Service Special Agent Brian Adams to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in the investigation of the above-captioned matters are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: June 26, 2014

JENNIFER L. THURSTON
U.S. Magistrate Judge

Destruction and Sealing Order                    1